IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN CARLINI, | ) |
| Plaintiff, | ) No. 3:17-cv-00065-KRG |
| Vs. | ) |
| GLENN O. HAWBAKER, INC., | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties and their counsel, hereby stipulate to the dismissal of the above-captioned case, with prejudice.

/s/ Thomas B. Anderson, Esquire
*Signature of Plaintiff's counsel*

Two Chatham Center, 10th Floor
*Address*

Pittsburgh, PA  15219-3499
*City, State & Zip Code*

(412) 316-8684
*Telephone Number*

/s/ Wayne E. Pinkstone, Esquire
*Signature of Defendant's counsel*

997 Lenox Drive, Bldg. 3
*Address*

Lawrenceville, NJ  08648
*City, State & Zip Code*

(609) 896-3600
*Telephone Number*

DATE:  November 27, 2019