IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN CARLINI, | ) |
| Plaintiff, | ) No. 3:17-cv-00065-KRG |
| Vs. | ) |
| GLENN O. HAWBAKER, INC., | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL PURSUANT**
**TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties and their counsel, hereby stipulate to the dismissal of the above-captioned case, with prejudice.

/s/ Thomas B. Anderson, Esquire
*Signature of Plaintiff's counsel*

Two Chatham Center, 10th Floor
*Address*

Pittsburgh, PA  15219-3499
*City, State & Zip Code*

(412) 316-8684
*Telephone Number*

/s/ Wayne E. Pinkstone, Esquire
*Signature of Defendant's counsel*

997 Lenox Drive, Bldg. 3
*Address*

Lawrenceville, NJ  08648
*City, State & Zip Code*

(609) 896-3600
*Telephone Number*

DATE:  November 27, 2019

AND NOW, this 3rd day of December, 20 19.
IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE